## THOMAS E. CLARK

### *v.*

### AARON HATFIELD.

NEW TRIAL—*general rule in actions for libel, slander, etc.* The general rule is, that in penal actions, and in actions for libel or defamation, and other actions vindictive in their nature, a new trial will not be granted merely because the verdict is against the weight of the evidence.

APPEAL from the Circuit Court of Menard county; the Hon. LYMAN LACEY, Judge, presiding.

Messrs. WHITNEY & HOAGLAND, Mr. H. W. MASTERS, and Mr. T. W. McNEELY, for the appellant.

Mr. N. W. BRANSON, and Mr. W. R. EDGAR, for the appellee.

Mr. Justice Sheldon delivered the opinion of the Court:

This was an action for slander, wherein a verdict and judgment were rendered for the defendant.

The only reason urged for a reversal of the judgment is, that the verdict is against the evidence.

The general rule is, that in penal actions, and in actions for a libel or defamation, and other actions vindictive in their nature, a new trial will not be granted merely because the verdict is against the weight of evidence. *Jarvis* v. *Hathaway*, 3 Johns. 180; *Rundell* v. *Butler*, 10 Wend. 119; Townshend on Slander, 494–5, 2d ed.

The case before us was not one of an aggravated character, and we see no cause why the general rule should not be applied.

The judgment will be affirmed.

*Judgment affirmed.*